**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

**CHAMBERS OF**
**MADELINE COX ARLEO**
**UNITED STATES DISTRICT JUDGE**

**MARTIN LUTHER KING COURTHOUSE**
**50 WALNUT ST. ROOM 4066**
**NEWARK, NJ 07101**
**973-297-4903**

November 25, 2026

VIA ECF
All Counsel of Record

VIA EMAIL AND CERTIFIED MAIL
Bradley Livingston, pro se
46 Triple Crown Ct.
Windsor Mill, MD 21244
livingstonbradley@yahoo.com

**LETTER ORDER**

**Re: Bradley Livingston v. Ann-Marie Sophia Hibbert-Livingston**
**Civil Action No. 24-1216**

Dear Litigants:

This matter comes before the Court on Magistrate Judge Stacey D. Adams's September 9, 2025 Report and Recommendation ("R&R"), see ECF No. 114, recommending that pro se Plaintiff Bradley Livingston's ("Plaintiff") Motion to Reinstate the Complaint, see ECF No. 105, be denied with prejudice. Plaintiff filed objections.[1] See ECF No. 115.

The Court has reviewed de novo the portions of the R&R to which Plaintiff objects. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3). Plaintiff's objections provide no basis to disturb the recommended disposition. His assertions of emotional distress, health concerns, and lack of counsel do not overcome the record of his agreement, under oath, to dismiss this action after the Court explained its jurisdictional deficiencies. See ECF No. 114 at 1–2. Nor do his generalized references to federal rights and additional damages identify a viable federal claim or cure the jurisdictional defects in the Complaint. See id.; see also ECF No. 115 at 1 ¶¶ 2–3, 5. His asserted right to a jury trial does not resolve those threshold deficiencies. See Fed. R. Civ. P. 82 (providing that the Federal Rules do not extend district courts' jurisdiction).

The Court therefore adopts Judge Adams's R&R.

[1] After filing his objections, Plaintiff filed another Motion to Reinstate, see ECF No. 119, among other requested relief, which Judge Adams denied pending this Court's ruling on the R&R, see ECF Nos. 116, 122.

Accordingly, **IT IS** on this 25th day of November 2026, **ORDERED** that:

1. Plaintiff's objections, see ECF No. 115, are **OVERRULED**;

2. Judge Adams' R&R, see ECF No. 114, is **ADOPTED**;

3. Plaintiff's Motion to Reinstate, see ECF No. 105, is **DENIED** with prejudice;

4. The Clerk of the Court shall terminate ECF No. 105, and this case shall remain **CLOSED**; and

5. The Clerk shall serve a copy of this Order on Plaintiff by email and certified mail, return receipt requested, at the email and mailing addresses of record.

**SO ORDERED**.

***s/ Madeline Cox Arleo***
**MADELINE COX ARLEO**
**UNITED STATES DISTRICT JUDGE**